# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICK FEITE** and  **FEITE ENTERPRISES LLC** | : : : | **CIVIL ACTION** |
| v. | : : | |
| **ACHIM NEUMANN** and **A. NEUMANN & ASSOCIATES, LLC** | : : | **NO. 19-4280** |

## ORDER

**NOW,** this 11th day of February, 2020, upon consideration of the Motion to Dismiss Pursuant to R. 12(B)(6) Due to *Forum Non Conveniens* (Document No. 18), the plaintiff's response, and the defendants' reply, and after an evidentiary hearing, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.